JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone    415/394-3800
Fax          415/394-3806

Attorney for Defendant
JAMIE GREIMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 04-0138 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING REVOCATION OF SUPERVISED RELEASE HEARING |
| v. | |
| JAMIE GREIMAN, | |
| Defendant. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant's revocation of supervised release hearing be continued from February 12, 2013 to February 26, 2013 at 2:00 p.m. The reason for the requested continuance is due to the unavailability of defense counsel resulting from a conflict, including, travel to Illinois for an evidentiary hearing in another matter. United States Probation Officer Darnell Hammock advised he has no objection to this requested continuance.

/S/JAMES BUSTAMANTE                        /S/BENJAMIN P. TOLKOFF
JAMES BUSTAMANTE                           BENJAMIN P. TOLKOFF
Attorney for JAMIE GREIMAN                 Assistant U.S. Attorney
Dated:  February 8, 2013                   Dated:  February 8, 2013

**IT IS SO ORDERED.**

Dated: February 11, 2013.

_____
WILLIAM H. ALSUP
U.S. District Court Judge